JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ANTOINE DENELL JORDAN,** | ) | NO. CV 20-5070 SVW (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| **M. ATCHLEY, Warden,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

   Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   January 28, 2022

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE